ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: July 2, 2019
START: 2:20pm
END: 3:30pm

DOCKET NO: 18 CV 4727

CASE: USAA v. Rutland et al.

☐ INITIAL CONFERENCE
☑ DISCOVERY CONFERENCE
☐ SETTLEMENT CONFERENCE
☑ MOTION HEARING

☐ OTHER/ORDER TO SHOW CAUSE
☐ FINAL/PRETRIAL CONFERENCE
☑ TELEPHONE CONFERENCE
☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|-----------|----------|
| | Stuart Hamen |
| | |
| | |

| DEFENDANT | ATTORNEY |
|-----------|----------|
| Rutland + Moy | Richard Dubi |
| MRC + Pierre | Lloyd Eisenberg |
| | |

☐ FACT DISCOVERY TO BE COMPLETED BY September 30, 2019
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court grants in substantial part plaintiff's motion to compel (DE #21), and denies Rutland and Moy's cross-motion for a protective order (DE #22). In a case involving allegations of fraud and a Mallela violation, the insurer is entitled to a broad array of corporate and financial records (including tax returns) from the medical provider(s) and from the alleged beneficial owner of the medical provider. That said, the Court limits the temporal scope of plaintiff's demands to the period from August 21, 2012 to the present, and

rules that MRC and Pierre need not produce documents or information that do not relate to Rutland and/or MOY.

The defendants' objections to plaintiffs' interrogatories are overruled. Defendants are directed to provide substantive responses to the objected-to interrogatories and to provide complete responses to those interrogatories for which only partial answers were provided.

The Court expects and demands that henceforth, counsel will attempt in good faith to resolve or at least narrow their discovery disputes.

On consent, fact discovery is reopened until September 30, 2019. The schedule for expert discovery is extended by 90 days. Requests for a premotion conference are due by February 25, 2020.